# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ERIC E. & ELIZABETH GEORGE |
| **Case Number:** | 2:09-BK-18021-RTB     **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 14, 2009 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PROVIDENT BANK

**R / M #:** 16 / 0

## *Appearances:*

G. TERRIS PORTER, ATTORNEY FOR ELIZABETH GEORGE, ERIC E. GEORGE
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

MR. PORTER COMMENTS THAT THIS PROPERTY SHOULD BE ABLE TO CLOSE AND THE ENCUMBRANCES PAID.

THE COURT: AN APPLICATION NEEDS TO BE ON FILE WITH THE COURT. THE AUTOMATIC STAY REMAINS IN EFFECT. A CONTINUED HEARING IS SET FOR NOVEMBER 18, 2009 AT 2:30 P.M.