The **Porter Law Offices**, p.c.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE: (928) 537-2917

G. TERRIS PORTER - #003493
Attorneys for
    Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>ERIC E. GEORGE and<br>ELIZABETH GEORGE,<br><br>    Debtors. | In Proceedings Under Chapter 7<br><br>**Case No. 09-18021**<br><br>**MOTION TO SELL RESIDENTIAL PROPERTY FREE AND CLEAR OF LIENS** |

    1.    This motion is filed by Debtors ERIC E. GEORGE and ELIZABETH GEORGE to obtain this Court's order permitting sale of Debtors' residential real property, with mortgage creditors or encumbrancers to be paid out of the sales proceeds and the balance paid on-half to the Debtors and one-half to the Chapter 7 Trustee.

    2.    This Court has exclusive jurisdiction over the property in question under 28 U.S.C. § 1334. This is a core matter.

    3.    Debtors' residential real property is located at 3717 Parkway, Lakeside, Arizona 85929 and is described on Exhibit A, attached ("the subject property").

    4.    An agreement to sell the subject property is presently in escrow, which will provide $275,000 of gross sales proceeds. A preliminary HUD 1 is attached as Exhibit B.

    5.    Said real estate is encumbered by a first mortgage held

by Creditor Provident Funding Associated in the amount of approximately $168,671.21.

6. Said real estate is encumbered by a second lien Creditor Wells Fargo Bank, NA in the amount of approximately $70,275.86.

7. Secured creditor Provident Funding Associated has provided the escrow agent with a payoff statement in the amount of $168,671.21.

8. Secured creditor Wells Fargo Bank, NA has provided the escrow agent with a payoff statement in the amount of $70,275.86.

9. Other closing costs and payments need to be made from the sales proceeds as detailed on Exhibit B.

10. Debtors have claimed a homestead exemption on the subject real property in their Schedule C, but are willing to partially waive that homestead exemption in favor of the Chapter 7 Trustee to the extent of one-half of the net sales proceeds after payment of costs and encumbrances.

11. Debtors wish to sell heir home with the proceeds applied first to payment of the mortgage balances above alleged and other costs and encumbrances and the balance to be paid: on-half to the Chapter 7 Trustee for the benefit of Debtors' creditors and one-half to Debtors pursuant to their homestead exemption.

12. Such a sale, would more fully realize the full value of the subject property; would not prejudice the rights of any party and would allow the mortgage creditors to realize their security.

The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917

Wherefore, Debtors pray that this Court enter an order permitting the sale of the subject property free and clear of liens, the proceeds being applied first to payment of outstanding mortgages per payoff statements which have been provided to the escrow agent, other costs and encumbrances of record, and that the balance to be paid 50% to the Debtors and 50% to the Chapter 7 Trustee.

DATED this 21 day of October, 2009.

THE PORTER LAW OFFICES, P.C.

By /s/G. Terris Porter
   G. Terris Porter
   1052 East Deuce of Clubs
   Show Low, Arizona 85901
   (928) 537-2917
   Attorney for Debtors

**COPIES of the foregoing mailed this 21 day of October, 2009, to:**

Lawrence J. Warfield, Trustee
P.O. Box 14647
Scottsdale, AZ 85267

Tiffany & Bosco, PA
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Attorneys for Provident Funding

Tiffany & Bosco, PA
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Attorneys for Wells Fargo Bank

The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-2917

**EXHIBIT A**

Lot 31, Rainbow Lake Pines Unit Two, according to the Plat of Record in the Office of the County Recorder of Navajo County, Arizona, recorded in Book 10 of Plats, Page 11.

| | | | |
|---|---|---|---|
| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | B. TYPE OF LOAN | OMB No. 2502-0265 |
| SETTLEMENT STATEMENT | | 1. ☐ FHA  2. ☐ FMHA  3. ☐ CONV. UNINS. | |
| Lawyers Title of Arizona, Inc. | | 4. ☐ VA   5. ☐ CONV. INS. | |
| 1500 E Woolford Road, Suite 102 | | 6. ESCROW FILE NUMBER: 01892052-293-CT2 | 7. LOAN NUMBER |
| Show Low, AZ 85901 | | 8. MORTGAGE INSURANCE CASE NUMBER | |
| ESTIMATED - Figures subject to change | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: Joshua A. Benard

ADDRESS OF BORROWER: P.O. Box 3432
Show Low, AZ 85902

E. NAME OF SELLER: Eric E. George and Elizabeth George

ADDRESS OF SELLER: 3717 Parkway
Lakeside, AZ 85929

F. NAME OF LENDER: CNN Mortgage

ADDRESS OF LENDER: 10101 North 92nd St, Suite 201
Scottsdale, AZ 85258

G. PROPERTY LOCATION: 3717 Parkway
Lakeside, AZ 85929
Navajo 212-44-031
Lot 31 of RAINBOW LAKE PINES #2

H. SETTLEMENT AGENT: Lawyers Title of Arizona, Inc.
PLACE OF SETTLEMENT: 1500 E Woolford Road, Suite 102, Show Low, AZ 85901

I. SETTLEMENT DATE: 10/09/2009    PRORATION DATE: 10/09/2009    FUNDING DATE:
DISBURSE DATE:

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract Sales Price | 275,000.00 | 401. Contract Sales Price | 275,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 1,207.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in Advance: | | Adjustments For Items Paid By Seller in Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from Borrower: | 276,207.00 | 420. Gross Amount Due to Seller: | 275,000.00 |
| 200. Amounts Paid by or In behalf of Borrower: | | 500. Reductions In Amount Due To Seller: | |
| 201. Deposit of earnest money | 1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 274,000.00 | 502. Settlement charges to Seller (line 1400) | 18,024.32 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Loan Payment & Closing Costs | | 504. See Payoff Addendum | 166,877.21 |
| 205. | | 505. See Payoff Addendum | 70,276.86 |
| 206. | | 506. | |
| 207. closing costs pd by seller | 5,000.00 | 507. closing costs pd by seller | 5,000.00 |
| 208. extension fee pd by seller | 1,500.00 | 508. Extension fee pd by seller | 1,500.00 |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes 07/01/09 - 10/09/09 | 683.07 | 511. County Taxes 07/01/09-10/09/09 | 683.07 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower: | 282,183.07 | 520. Total Reductions in Amount Due Seller: | 264,154.46 |
| 300. Cash at Settlement from/to Borrower: | | 600. Cash at Settlement to/from Seller: | |
| 301. Gross amount due from Borrower (line 120) | 276,207.00 | 601. Gross amount due to Seller (line 420) | 275,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | 282,183.07 | 602. Less reductions in amount due Seller (line 520) | 264,154.46 |
| 303. Cash TO Borrower: | 5,976.07 | 603. Cash TO Seller: | 10,845.54 |

HUD-1 (01/05/2009)

Printed by Carolyn Teel on 09/29/2009 at 10:11:13 AM

Exhibit B

L. SETTLEMENT CHARGES:

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission: | | | |
| Based on Price $275,000.00 @ 5% = 13,750.00 | | | |
| Division of Commission (line 700) follows: | | | |
| 701. $ 5,500.00 to Keller Williams Integrity First Realty | | | |
| 702. $ 8,250.00 to Realty Executives White Mountains | | | |
| $ 0.00 to | | | |
| 703. Commission paid at settlement | | | 13,750.00 |
| 704. agent bonus to Realty Executives White Mountains | | | 1,000.00 |
| 705. | | | |
| 706. | | | |
| 707. | | | |
| 708. | | | |
| 800. Items Payable In Connection With Loan: | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount Fee | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. Items Required By Lender To Be Paid In Advance: | | | |
| 901. Interest | | | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium | | | |
| 904. | | | |
| 905. | | | |
| 1000. Reserves Deposited With Lender: | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes | | | |
| 1005. Annual Assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Adjustment months @ $ | | 0.00 | |
| 1100. Title Charges: | | | |
| 1101. Settlement or closing fee to Lawyers Title of Arizona, Inc. | | 332.50 | 332.50 |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance | | | |
| (included above item numbers: ) | | | |
| 1109. Lender's coverage $ 280,500.00 to Lawyers Title of Arizona, Inc. | | 687.00 | |
| 1110. Owner's coverage $ 275,000.00 to Lawyers Title of Arizona, Inc. | | | 1,230.00 |
| 1111. End'd est 8.1 to Lawyers Title of Arizona, Inc. | | 50.00 | |
| 1112. Tracking Fee to Lawyers Title of Arizona, Inc. | | | 75.00 |
| 1113. | | | |
| 1114. Express Mail to Lawyers Title of Arizona, Inc. | | 25.00 | 50.00 |
| 1115. E-Docs to Lawyers Title of Arizona, Inc. | | 30.00 | |
| 1116. Misc. Fees to Lawyers Title of Arizona, Inc. | | 56.00 | |
| 1120. Recording Service Fee to Lawyers Title of Arizona, Inc. | | 32.50 | 32.20 |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording Fees | | | |
| 1202. City/County tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. City Transfer Tax | | | |
| 1205. County Transfer Tax | | | |
| 1206. | | | |
| 1207. | | | |
| 1300. Additional Settlement Charges: | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. Home Owners Warranty to seller to pay | | | 300.00 |

| | ESCROW FILE NUMBER: 01692027-253 CT2 | | OMB No. 2502-0265 |
|---|---|---|---|
| 1303 | 1ST 1/2 09 TAXES #212-44-031 to Navajo County Treasurer | | 1,254.62 |
| 1304 | | | |
| 1305 | | | |
| 1306 | | | |
| 1400 | Total Settlement Charges (Enter on line 103 Section J -and- line 502, Section K) | 1,207.00 | 18,024.32 |