**SO ORDERED.**



Dated: November 20, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21657/9910600246

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-18021-RTB |
| Eric E. George and Elizabeth George | Chapter 7 |
|       Debtors. | O R D E R |
| Provident Bank | (Related to Docket # 16) |
|       Movant, | |
|   vs. | |
| Eric E. George and Elizabeth George, Debtors; Lawrence J. Warfield, Trustee. | |
|       Respondents. | |

This matter having come before the Court for a Preliminary Hearing on November 18, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, G. Terris Porter, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated November 3, 2005, and recorded on November 18,

2005, in the office of the Navajo County Recorder at Instrument No. 2005-34659 wherein Provident Bank is the current beneficiary and Eric E. George and Elizabeth George have an interest in, further described as:

    Lot 31, of RAINBOW LAKE PINES, unit two, according to the Plat of record in the office of the county recorder of Navajo County, Arizona recorded in Book 10 of Plats, page 11.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT